# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC S. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　Defendants. | CASE NO. CV 07-4078-JFW (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 2/22/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE